## Zinsser et ux. et al., Appellants, *v.* Southern and Western Lumber Company.

Argued September 17, 1972. *Henry E. Rea, Jr.,* with him *Brandt, McManus, Brandt & Malone,* for appellants; *Randall J. McConnell, Jr.,* with him *Dickie, McCamey & Chilcote,* for appellee.

Judgment affirmed.

WATKINS, J., absent.